No. 21,125.

IVAMAE HENNERICH, *Appellee*, v. EMMA A. SNYDER and
GEORGE B. SNYDER, *Appellants*.

OPINION DENYING A REHEARING.

Appeal from Ellis district court; JACOB C. RUPPENTHAL,
judge. Opinion denying a rehearing filed November 10, 1917.
(For original opinion of affirmance see *ante*, p. 403.)

*A. D. Gilkeson*, of Hays, *Lee Monroe, James A. McClure*,
and *C. M. Monroe*, all of Topeka, for the appellants.

*J. H. Simminger*, and *E. A. Rea*, both of Hays, for the ap-
pellee.

The opinion of the court was delivered by

MARSHALL, J.: The defendants have filed an application for
a rehearing and insist that the court did not decide all the
questions involved in their appeal. They argue that contracts
affecting homestead rights can not be altered without the con-
sent of both husband and wife. After reëxamining the ab-
stracts and briefs, the court is satisfied with the opinion re-
ported in *Hennerich v. Snyder*, ante, p. 403.

There are reasons for not considering the homestead ques-
tion other than the reason given in the former opinion. The
pleadings did not show that the real property in controversy
was the homestead of the defendants, nor that defendant
George B. Snyder had not consented to any change in the con-
tract by which he and his wife agreed to sell the property. If
those matters were a good defense they should have been
pleaded. They were not pleaded, and it does not appear that
the attention of the trial court was called to these facts, al-
though it did appear in the evidence that the property was
occupied as the defendants' homestead.

This court has often declared that it will not consider mat-
ters which have not first been presented to the trial court.
(*Kelly v. Insurance Co.*, ante, p. 91.)

A rehearing is denied.